■ In the Matter of MARC EVAN ROVNER, a Disbarred Attorney. [979 NYS2d 538]—

Eng, P.J., Rivera, Skelos, Dillon and Balkin, JJ., concur.